IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-MC-60-FL

| | | |
|---|---|---|
| GEORGIA ARNETTE GREEN, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| UNIVERSITY AUTO CARE, INC., | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| GEORGIA ARNETTE GREEN, | ) | |
| | ) | |
| Debtor. | ) | |
| Case No. 09-06673-8-RDD. | ) | |

This matter is before the court on appellant's failure to pay the $5.00 fee for filing notice of appeal and the $250.00 fee for docketing her bankruptcy appeal, pursuant to 28 U.S.C. § 1930. In a Recommendation for Dismissal of Appeal dated December 16, 2009, the bankruptcy court found that appellant failed to pay these required fees. Appellant previously had been denied wavier of these fees by the bankruptcy court, and was notified of the denial of her application for waiver via first class mail and electronic notification on or about November 30, 2009.

As of this date, appellant has not paid the required fees and has made no further filings. Appellant has been given notice of the requirements to prosecute her appeal and ample time to comply with those requirements but has failed to do so. Accordingly, this appeal is hereby

DISMISSED for failure to prosecute pursuant to this court's authority under Federal Rule of Bankruptcy Procedure 8001(a).

SO ORDERED, this the 20 day of April, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge